# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES J. HOWARD, | : | Case No. 3:16-cv-517 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, OHIO, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S RENEWED MOTION TO FILE HIS SECOND AMENDED COMPLAINT (DOC. 43)**

---

This case is before the Court on Plaintiff James J. Howard's Renewed Motion for Leave to File His Second Amended Complaint ("Motion for Leave") (Doc. 43) pursuant to Fed. R. Civ. P. 15(a)(2). The Court hereby **ORDERS** Defendants to respond to the Motion for Leave by no later than February 7, 2018. Plaintiff's reply, if any, must be filed within 3 business days of Defendants' response.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 1, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE