# IN THE UNITED STATES FEDERAL DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES HOWARD | * | CASE NO. 3:16-cv-00517 |
| Plaintiff, | * | (Judge Thomas M. Rose) |
| vs. | * | (Magistrate Judge Michael J. Newman) |
| MONTGOMERY COUNTY, et al., | * | |
| Defendant. | * | |

## AGREED ORDER ALLOWING PLAINTIFF TO FILE HIS SECOND AMENDED COMPLAINT WITH A JURY DEMAND

Now come the parties, by and through counsel, and hereby submit the following Agreed Order allowing Plaintiff James Howard to file his Second Amended Complaint with a jury demand. In preparing to file Mr. Howard's Second Amended Complaint, pursuant to the Court's Entry and Order of February 15, 2018, Plaintiff's counsel realized that he had inadvertently omitted a jury demand from the proposed Second Amended Complaint. Mr. Howard's original Complaint did contain a jury demand. (Doc.# 3, PageID# 45) Plaintiff's counsel contacted counsel for the Montgomery County Defendants regarding the omission, who graciously agreed to allow Plaintiff to include a jury demand in the Second Amended Complaint without objection. For this reason, the parties present this Agreed Order to the Court for approval. Pursuant to this Order, Plaintiff is granted leave to file his proposed Second Amended Complaint, with a jury demand. Plaintiff shall do so within seven days of the entry of this Agreed Order.

SO ORDERED.

February 20, 2018             *s/Thomas M. Rose

                              Thomas M. Rose
                              United States District Judge

1

Prepared and respectfully submitted by,

*/s/ Dwight D. Brannon*
Dwight D. Brannon (0021657)
Douglas D. Brannon (0076603)
Matthew C. Schultz (0080142)
Attorney for Defendant
BRANNON & ASSOCIATES
130 W. Second St.     Suite 900
Dayton, OH   45402
Telephone:     (937) 228-2306
Facsimile:     (937) 228-8475
E-Mail:          dbrannon@branlaw.com
                      mschultz@branlaw.com

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

By: /s/Benjamin A. Mazer
Benjamin A. Mazer (0087756)
Alex J. Hale (0091682)
Assistant Prosecuting Attorneys
Montgomery County Prosecutor's Office
301 West Third Street, P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 496-7176
Fax Number: (937) 225-4822
E-mail:mazerb@mcohio.org
        halej@mcohio.org
Attorneys for the Montgomery County Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record via the CM/ECF System on the date of filing same, February 16, 2018:

**Benjamin A. Mazer, Esq.**
**Alex Joseph Hale, Esq.**
301 West Third Street
Dayton, OH 45422
Email: mazerb@mcohio.org
        halea@mcohio.org

*/s/ Dwight D. Brannon*
Dwight D. Brannon